**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| BENJAMIN HERNANDEZ, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WICK INC., an Arizona Corporation, d.b.a. Oak Creek Ranch School; DAVID WICK JR. and ANNE WICK, husband and wife,<br><br>Defendants. | Case No.: CV13-08301-PCT DGC<br><br>**ORDER** |

Upon receiving the parties Stipulated Motion to Dismiss with Prejudice (Doc 20),

**IT IS ORDERED** that the parties' motion (Doc. 20) is **granted** and this matter is dismissed with prejudice.

Dated this 8th day of April, 2014.

_____
David G. Campbell
United States District Judge